UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:19-CR-29-TAV-DCP ) |
| CHERYL D BROUSSARD, | ) ) |
| Defendant. | ) |

## **MEMORANDUM OPINION AND ORDER**

Before the Court is defendant's pro se request for "Assistance with Transfer to BOP Facility" [Doc. 66]. Defendant states that she is presently being held in the Cimarron Correctional Facility ("CCF") in Cushing, Oklahoma, and that she has been designated to Bureau of Prisons ("BOP") facility United States Penitentiary, Coleman, but that an issue has arisen with her designation, resulting in her remaining in custody at CCF for several months.

Pursuant to 18 U.S.C. § 3621(b), the BOP, not the Court, has authority to designate the place of imprisonment for federal inmates. *Colton v. Ashcroft*, 299 F. Supp. 2d 681, 683 (E.D. Ky. 2004); see 18 U.S.C. § 3621(b) ("The Bureau of Prisons *shall* designate the place of the prisoner's imprisonment" (emphasis added)). Because the BOP, rather than this Court, has the authority to designate defendant's place of imprisonment, her motion for redesignation [Doc. 66] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE